No. 53185.—Alexanders et al. v. United States, protests 948380–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 25, 1949

No. 53186.—Wilfred Schade and Monsanto Chemical Company v. United States, petition 6692–R (St. Louis).

Opinion by CLINE, J. On the record presented it was held that there was no intention on the part of the petitioners to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

No. 53187.—Chemical Specialties Co., Inc. v. United States, petition 6693–R (New York).

Opinion by CLINE, J. A portion of a report of the customs agent who investigated the case, read into the record by counsel for the Government, states that the advances in value resulted from an honest difference of opinion between the importer and the examiner regarding the proper foreign value for the usual wholesale quantity sold in Mexico. On the record presented it was held that there was no intention on the part of the petitioner to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.